**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

MAY OGDEN,

                                           Plaintiff,

v.                                                                                 3:18-cv-0373 (BKS/DEP)

MARSHALL COUNTY DEPARTMENT OF SOCIAL
SERVICES,

                                           Defendant.
_____

**Appearances:**

May Ogden
Binghamton, New York
Plaintiff, pro se

**Hon. Brenda K. Sannes, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

      Plaintiff pro se May Ogden commenced this action on March 27, 2018, by filing a form civil rights complaint under 42 U.S.C. § 1983. (Dkt. No. 1). This matter was assigned to United States Magistrate Judge David E. Peebles who, on April 10, 2018, issued a Report and Recommendation recommending that Plaintiff's complaint be dismissed in all respects for lack of subject matter jurisdiction, without leave to replead. (Dkt. No. 5). Magistrate Judge Peebles advised Plaintiff that under 28 U.S.C. § 636(b)(1) she had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 5, at 16). No objections to the Report and Recommendation have been filed.

As no objections to the Report and Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report and Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.  Having reviewed the Report and Recommendation for clear error and found none, the Court adopts the Report and Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report and Recommendation (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** without prejudice for lack of subject matter jurisdiction, and without leave to replead; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: May 21, 2018
Syracuse, New York

Brenda K. Sannes
U.S. District Judge